# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Arthur L. Miller, Jr., | Civil No. 10-4109 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Independent School District Number 625, | |
| Defendant. | |

Based upon the Stipulation of Dismissal with Prejudice (Doc. No. 19), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE,** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: September 15, 2011

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge